**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−21583−RG | **DATE FILED::** 6/5/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Ramon A Ventura Rodriguez<br>xxx−xx−7759 | ADDRESS OF DEBTOR(S):<br><br>372 Park Avenue<br>Paterson, NJ 07504 |
| DEBTOR'S ATTORNEY:<br>Carlos A Ferrer<br>Alum & Ferrer<br>501−70th St.<br>Suite 2<br>Guttenberg, NJ 07093−1848<br><br>(201) 861−3393 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/13/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 14, 2017                   FOR THE COURT
                                            Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-21583-RG
Ramon A Ventura Rodriguez                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2017
                               Form ID: noa             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Ramon A Ventura Rodriguez,    372 Park Avenue,    Paterson, NJ 07504-1927
516867346      +Arelis Ventura,    372 Park Avenue,    Paterson, NJ 07504-1927
516867349      +Lorenzo Ventura,    372 Park Avenue,    Paterson, NJ 07504-1927
516867350       Macy's,    PO BOX 9001094,    Louisville, KY 40290-1094
516867352      +PNC BANK,    PO BOX 3180,    Pittsburgh, PA 15230-3180
516867351      +PNC Bank,    PO BOX 856177,    Louisville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516867347       EDI: WFNNB.COM Sep 15 2017 01:43:00      Comenity / New York and Company,    PO BOX 182789,
                 Columbus, OH 43218-2789
516867348      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 15 2017 02:00:10      Ditech,    PO BOX 6172,
                 Rapid City, SD 57709-6172
516867353       EDI: RMSC.COM Sep 15 2017 01:43:00      TJX Rewards / GECRB,    PO BOX 530948,
                 Atlanta, GA 30353-0948
516867355       EDI: TFSR.COM Sep 15 2017 01:43:00      Toyota Financial Services,    PO BOX 5855,
                 Carol Stream, IL 60197-5855
516867354      +EDI: TFSR.COM Sep 15 2017 01:43:00      Toyota Finacial Services,    Credit Dispute Research Team,
                 PO BOX 9786,    Cedar Rapids, IA 52409-0004
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Carlos A Ferrer    on behalf of Debtor Ramon A Ventura Rodriguez hq@alumferrer.com,
           hq@alumferrer.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5