| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>*Proposed Counsel to Jay L. Lubetkin,*<br>*Chapter 7 Trustee* | Order Filed on October 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RAMON VENTURA RODRIGUEZ,<br><br>　　　　　　　　　Debtor. | Case No. 17-21583 (RG)<br><br>Chapter 7 |

Recommended Local Form:　　☒ Followed　　☐ Modified

**ORDER AUTHORIZING RETENTION OF**
**RABINOWITZ, LUBETKIN & TULLY, LLC**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: October 20, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

In re:     Ramon Rodriguez Ventura

Case No.:  17-21583 (RG)

Applicant: Jay L. Lubetkin

  ☒ Trustee:  ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

  ☐ Debtor:   ☐ Chap. 11    ☐ Chap. 13

  ☐ Official Committee of _____

Name of Professional:     Rabinowitz, Lubetkin & Tully, LLC

Address of Professional:  293 Eisenhower Parkway, Suite 100

           Livingston, NJ 07039

  ☒ Attorney for:

    ☒ Trustee     ☐ Debtor-in-Possession

    ☐ Official Committee of _____

  ☐ Accountant for:

    ☐ Trustee     ☐ Debtor-in-Possession

    ☐ Official Committee of _____

  ☐ Other Professional:

    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Jay L. Lubetkin, Chapter 7 Trustee, is authorized to retain the professional, Rabinowitz, Lubetkin & Tully, LLC to act as counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is the date the application is filed with the Court.