|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey NJ 07039<br>(973) 597-9100<br>Barry J. Roy<br>*Proposed Counsel to Jay L. Lubetkin,*<br>*Chapter 7 Trustee* | Order Filed on October 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RAMON VENTURA RODRIGUEZ,<br><br>      Debtor. | Case No. 17-21583 (RG)<br><br>Chapter 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF
### RABINOWITZ, LUBETKIN & TULLY, LLC

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: October 20, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

In re:        Ramon Rodriguez Ventura

Case No.:    17-21583 (RG)

Applicant:   Jay L. Lubetkin

☒ Trustee:  ☒ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11       ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:      Rabinowitz, Lubetkin & Tully, LLC

Address of Professional:   293 Eisenhower Parkway, Suite 100

Livingston, NJ 07039

☒ Attorney for:

☒ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant, Jay L. Lubetkin, Chapter 7 Trustee, is authorized to retain the professional, Rabinowitz, Lubetkin & Tully, LLC to act as counsel for the Trustee.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is the date the application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-21583-RG
Ramon A Ventura Rodriguez                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Oct 24, 2017
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db             +Ramon A Ventura Rodriguez,    372 Park Avenue,    Paterson, NJ 07504-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
              Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Carlos A Ferrer    on behalf of Debtor Ramon A Ventura Rodriguez hq@alumferrer.com,
               hq@alumferrer.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6