UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
VENTURA-RODRIGUEZ, RAMON

Case No.: 17-21583 (RG)
Chapter: 7
Judge: ROSEMARY GAMBERDELLA

**NOTICE OF PROPOSED ABANDONMENT**

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBERDELLA on FEBRUARY 13, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 372 Park Avenue<br>Paterson, NJ 07504<br><br>Current Market Value: $190,447.00 |
|---|---|

| Liens on property: | $482,180.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

| NAME: | <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u> |
|---|---|
| FIRM NAME: | <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u> |
| ADDRESS: | <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u> |
| TELEPHONE NO: | <u>(973) 597-9100</u> |
| SUBMITTED BY: | <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHONE<u>: (973)597-9100</u> |
| DATED: | <u>January 10, 2018</u> |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21583-RG
Ramon A Ventura Rodriguez                                                 Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2018
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
```
db          +Ramon A Ventura Rodriguez,    372 Park Avenue,    Paterson, NJ 07504-1927
aty         +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livington, NJ 07039-1711
516867346   +Arelis Ventura,    372 Park Avenue,    Paterson, NJ 07504-1927
516867347    Comenity / New York and Company,    PO BOX 182789,    Columbus, OH 43218-2789
517194538    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
516867349   +Lorenzo Ventura,    372 Park Avenue,    Paterson, NJ 07504-1927
516867350    Macy's,    PO BOX 9001094,    Louisville, KY 40290-1094
516867352   +PNC BANK,    PO BOX 3180,    Pittsburgh, PA 15230-3180
516867351   +PNC Bank,    PO BOX 856177,    Louisville, KY 40285-6177
517224094   +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
516867355   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,    PO BOX 5855,
              Carol Stream, IL 60197-5855)
516867354   +Toyota Finacial Services,    Credit Dispute Research Team,    PO BOX 9786,
              Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516867348   +E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2018 23:18:50    Ditech,    PO BOX 6172,
              Rapid City, SD 57709-6172
517227149    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2018 23:25:15
              Portfolio Recovery Associates, LLC,    c/o Tjx Rewards Credit Card,    POB 41067,
              Norfolk VA 23541
516867353    E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2018 23:24:00    TJX Rewards / GECRB,
              PO BOX 530948,    Atlanta, GA 30353-0948
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
```
              Barry J. Roy   on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
              Brian C. Nicholas   on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Carlos A Ferrer   on behalf of Debtor Ramon A Ventura Rodriguez hq@alumferrer.com,
               hq@alumferrer.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```